*1121 ante, p. 1014;
*1122 No. 94-22.
No. 94-280.
No. 94-343.
No. 94-362.
No. 94-440.
No. 94-441.
No. 94-665.
No. 94-5062.
No. 94-5310.
No. 94-5380.
No. 94-5986.
No. 94-6009.
No. 94-6124.
No. 94-6259.
No. 94-6319.
No. 94-6345.
No. 94-6351.
No. 94-6380.
No. 94-6381.
No. 94-6440.
No. 94-6541.
ante, p. 1014;
ante, p. 1015;
ante, p. 947;
ante, p. 1015;
ante, p. 1016;
ante, p. 1043;
ante, p. 1044;
ante, p. 1020;
ante, p. 895;
ante, p. 1020;
ante, p. 972;
ante, p. 1021;
ante, p. 991;
ante, p. 1023;
ante, p. 992;
ante, p. 1025;
ante, p. 1025;
ante, p. 1006;
ante, p. 1025;
ante, p. 1026; and
ante, p. 1048. Petitions for rehearing denied.

Dismissals Under Rule Jp6